ACCEPTED
01-15-00117-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 3:01:52 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00117-CV

In the
Court of Appeals
for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/5/2015 3:01:52 PM

CHRISTOPHER A. PRINE
Clerk

**LEAGUE CITY,**
*Appellant/Cross-Appellee,*

**v.**

**TEXAS WINDSTORM INSURANCE ASSOCIATION,**
*Appellees/Cross-Appellants.*

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant, League City, under the authority of TEX. R. APP. P. 10.5(b), asks for additional time to file its brief as appellant.

1.    The brief of appellant is due May 14, 2015.

2.    This is League City's first request for an extension of time for filing its brief as appellant.

3.    League City respectfully requests a 30-day extension of time for filing its brief as appellant.  With the extension, League City's brief as appellant will be due on June 13, 2015.

46355_1

4. League City requests an extension because the case is unusually complex. The 58 volume reporter's record contains 22 volumes of testimony and 26 volumes of exhibits. The jury charge is 41 pages long and including 23-numbered questions (plus multiple subparts). The trial court disregarded the jury's many findings favorable to League City (including findings that TWIA failed to comply with the insurance policy and violated the Insurance Code) and rendered judgment that League City take nothing. Consequently, League City must raise numerous issues on appeal, most of which require careful review of and citations to the lengthy record.

5. Additionally, counsel has been required to attend to other time-sensitive matters, including the following:

a. Preparation of response to petition for writ of mandamus in No. 14-0829, *In Re State Farm Lloyds, et al.*; in the Supreme Court of Texas, filed April 20, 2015 (Trigo).

b. Preparation of response to petition for writ of mandamus in No. 14-0843, *In Re State Farm Lloyds, et al.*; in the Supreme Court of Texas, filed April 20, 2015 (Ledezma).

c. Preparation of response to petition for writ of mandamus in No. 14-0846, *In Re State Farm Lloyds, et al.*; in the Supreme Court of Texas, filed April 20, 2015 (Segovia).

d. Preparation of response to defendants' motions for summary judgment in No. 2013-25000; *John Durham v. The Stephens Group, LLC, et al.*; In the 295th Judicial District Court of Harris County, Texas, filed April 20, 2015.

e. Preparation for and attendance at hearing on motions for summary judgment in No. 2013-25000; *John Durham v. The Stephens Group, LLC, et al.*; In the 295th Judicial District Court of Harris County, Texas, held on April 27 and 28, 2015.

f. Preparation of relator's emergency motion for stay in No. 14-0999; *In Re Christopher W. Martin*; In the Supreme Court of Texas, filed April 29, 2015.

g. Preparation for and presentation of oral argument in No. 01-14-00133-CV; *United Services Automobile Association v. Joseph Hayes, Jr. and Joanne Hayes*; in the First Court of Appeals, Houston, Texas, held on April 29, 2015.

h. Preparation of reply in support of petition for writ of mandamus in No. 14-0999; *In Re Christopher W. Martin*; In the Supreme Court of Texas, to be filed by May 8, 2015.

i. Preparation of response to cross-petition for review in No. 14-1028; *Sun Development, L.P. v. Larry Hughes and Susan Hughes*; in the Supreme Court of Texas, due May 20, 2015.

j. Preparation of brief of appellees in No. 14-14-00824-CV; *State Farm Lloyds v. Candelario Fuentes and Maria Fuentes*; in the Fourteenth Court of Appeals, Houston, Texas, due May 25, 2015.

6. Counsel for appellant has conferred with counsel for appellee, Dale Wainwright, and TWIA is unopposed to the requested extension.

7. This request is not sought for delay, but in order that justice may be done. *See* TEX. R. APP. P. 10.5(b)(1)(C).

**PRAYER**

Appellant, League City, asks this Court to grant an extension of 30 days, until June 13, 2015, to file its brief as appellant. League City also prays for any other relief to which it may be entitled.

Respectfully Submitted:

THE MOSTYN LAW FIRM

Gregory F. Cox
State Bar No. 00793561
gfcox@mostynlaw.com
6280 Delaware Street
Beaumont, Texas 77706
409.832.2777–telephone
409.832.2703–facsimile


THE MOSTYN LAW FIRM

Rene M. Sigman
State Bar No. 24037492
rmsigman@mostynlaw.com
3810 W. Alabama
Houston, Texas 77027
713.861.6616–telephone
713.861.8084–facsimile

HOGAN & HOGAN

By:    */s/ Jennifer Bruch Hogan*
          Jennifer Bruch Hogan
          State Bar No. 03239100
          jhogan@hoganfirm.com
          Richard P. Hogan, Jr.
          State Bar No. 09802010
          rhogan@hoganfirm.com
          James C. Marrow
          State Bar No. 24013103
          jmarrow@hoganfirm.com
Pennzoil Place
711 Louisiana, Suite 500
Houston, Texas 77002-2721
713.222.8800–telephone
713.222.8810–facsimile


Attorneys for Appellant

## CERTIFICATE OF CONFERENCE

Counsel for appellees has conferred with counsel for appellee, Dale Wainwright, and TWIA is unopposed to the motion for extension of time to file League City's brief as appellant.

/s/ Jennifer Bruch Hogan
Jennifer Bruch Hogan
Dated: May 5, 2015

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Counsel for Texas Windstorm Insurance Association:

Dale Wainwright
BRACEWELL & GIULIANI LLP
111 Congress Avenue Suite 2300
Austin, Texas 78701-4061
*Via TexFile*

Andrew T. McKinney IV
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77056
*Via TexFile*

James R. Old, Jr.
JAY OLD & ASSOCIATES, PLLC
3560 Delaware, Suite 308
Beaumont, Texas 77706
*Via TexFile*

*/s/ Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Dated: May 5, 2015